# EXHIBIT A

## SHELLIE PORTER

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Next | Wifey | Welcome II Nextasy | 284-980 |
| Atlantic Recording Corporation | Changing Faces | Last Night | Visit Me | 311-800 |
| Virgin Records America, Inc. | Kelis | I Want Your Love | Kaleidoscope | 277-087 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Confessions (featuring Missy Elliott) | The Writing's on the Wall | 268-936 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| UMG Recordings, Inc. | Mary J. Blige | Can't Get You Off My Mind | Share My World | 238-818 |
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |
| UMG Recordings, Inc. | Mary J. Blige | I Don't Want To Do Anything | What's The 411? | 149-212 |
| SONY BMG MUSIC ENTERTAINMENT | Patra | Worker Man | Queen of the Pack | 172-394 |
| Loud Records LLC | Mobb Deep | Quiet Storm | Murda Muzik | 293-229 |