UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Loud Records, LLC, et al.

v. C.A. No. 06-186S

Shellie Porter

**SHOW CAUSE ORDER**

On or before September 15, 2006, plaintiffs are hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service within 120 days after filing the complaint as required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/28/06