AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 06 186 S

**LOUD RECORDS, LLC, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,**

v.

**SHELLIE PORTER**

TO:
**SHELLIE PORTER**
**19 Larch St. Apt. 2**
**Providence, RI 02906-2516**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**

**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/21/06

(BY) DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LOUD RECORDS, LLC, A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**SHELLIE PORTER**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 186 S**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **30th day of August, 2006, at 10:59 AM**, at the address of **578 HALSEY Street 1st FL, BROOKLYN**, **Kings** County, **NY 11233**; this declarant served the above described documents upon **SHELLIE PORTER,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Mr. Franklin, Co-tenant M/B Black Hair 50 YOA 6' 200 LBS**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **31st day of August, 2006**.

**Azzam N. Abderrahman, Reg. # 0820996, New York, NY**

ABC's Client Name
**Holme, Roberts & Owen**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3868510**

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LOUD RECORDS, LLC, A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**SHELLIE PORTER**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 186 S**<br><br>DECLARATION OF NON SERVICE:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **SHELLIE PORTER** at the address of: **578 HALSEY Street , BROOKLYN, Kings County, NY ,** and was unable effect service for the following reasons:

**Attempt made on 6/21/2006 at 1:50 PM. Current reisdent, Mr. Jackson states; Shellie Porter is unknown to him. Names unlisted on mailboxes.**

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **25th day of June, 2006**.

**Azzam N. Abderrahman, Reg. # 0820996, New York, NY**

| | | |
|---|---|---|
| ABC's Client Name<br>**Holme, Roberts & Owen LLP (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3868510** |

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LOUD RECORDS, LLC, A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**SHELLIE PORTER**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 186 S**<br><br>DECLARATION OF NON SERVICE:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **SHELLIE PORTER** at the address of: **19 LARCH Street APT. 2, PROVIDENCE, Providence County, RI ,** and was unable effect service for the following reasons:

**Attempts as follows: 5/01/06 11:31am, 5/09/06 5:38pm, 5/13/06 9:38pm, 5/17/06 12:26pm, 5/23/06 7:54am. This is a old run down 3 family. Outside doors are locked and there are no bells. Gained entry by the first floor resident who states that the name does not sound familiar but he does not really know the other tenants. No answer at apartment door.**

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **25th day of May, 2006**.

______________________________

**Gordon Moniz**

| | | |
|---|---|---|
| ABC's Client Name<br>**Holme, Roberts & Owen LLP (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3868510** |