UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LOUD RECORDS, LLC, et al<br><br>Plaintiffs,<br><br>v.<br><br>SHELLIE PORTER,<br><br>Defendant. | ) | Civil No. CA 06-186S<br><br>Judge WILLIAM SMITH |

**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Plaintiffs, Loud Records, LLC, et al, by and through their undersigned counsel, respectfully respond to this Court's Order of August 28, 2006 as to why this case should not be dismissed.

Defendant, Shellie Porter was served with the Complaint with regard to the above-captioned case on August 30, 2006. Thereafter on September 15, 2006, Plaintiff's filed the executed Return of Service with this Honorable Court. Plaintiff's are awaiting Defendant's Answer with regard to the Complaint in order to proceed.

Plaintiff's will provide this Honorable Court with an update as to the status of this matter within three (3) weeks.

WHEREFORE, Plaintiffs respectfully request this Honorable Court not dismiss the above-captioned case.

Respectfully submitted,

Dated: September 15, 2006

/s/ James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs