UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | Case No.: 1:06-cv-00186-S-DLM |
| Plaintiffs, | |
| v. | |
| SHELLIE PORTER, | |
| Defendant. | |

**NOTICE OF ENTRY OF DEFAULT BY CLERK**

TO DEFENDANT

PLEASE TAKE NOTICE that, on January 12, 2007, the Clerk of the Court entered the default of Defendant. A copy of the Default By Clerk is attached hereto as Exhibit A, and incorporated herein by this reference.

By: /s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for LOUD RECORDS, LLC; VIRGIN RECORDS AMERICA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; and UMG RECORDINGS, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12th day of January, 2007 I mailed a true and accurate copy of the within Notice of Entry of Default by Clerk first class, postage prepaid t

Ms. SHELLIE PORTER, 578 Halsey St., Brooklyn, NY 11233.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.