UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LOUD RECORDS, LLC, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

SHELLIE PORTER,

Defendant.

Case No.: 1:06-cv-00186-S-DLM

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Shellie Porter, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Shellie Porter has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Shellie Porter hereby is entered.

DATED: 1/12/07

By: ______________________
Deputy Clerk