UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | Case No.: 1:06-cv-00186-S-DLM |
| Plaintiffs, | Hon. William E. Smith |
| v. | |
| SHELLIE PORTER, | |
| Defendant. | |

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Eight Thousand and Two Hundred Fifty Dollars (8,250.00)

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Six Hundred and Eighty Dollars ($680.00)

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Wifey," on album "Welcome II Nextasy," by artist "Next" (SR# 284-980);
- "Last Night," on album "Visit Me," by artist "Changing Faces" (SR# 311-800);
- "I Want Your Love," on album "Kaleidoscope," by artist "Kelis" (SR# 277-087);
- "Make It Last Forever," on album "Make It Last Forever," by artist "Keith Sweat" (SR# 86-761);
- "Confessions (featuring Missy Elliott)," on album "The Writing's on the Wall," by artist "Destiny's Child" (SR# 268-936);
- "I Get Lonely," on album "The Velvet Rope," by artist "Janet Jackson" (SR# 261-516);
- "Can't Get You Off My Mind," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);
- "Another Sad Love Song," on album "Toni Braxton," by artist "Toni Braxton" (SR# 208-619);
- "I Don't Want To Do Anything," on album "What's The 411?," by artist "Mary J. Blige" (SR# 149-212);
- "Worker Man," on album "Queen of the Pack," by artist "Patra" (SR# 172-394);
- "Quiet Storm," on album "Murda Muzik," by artist "Mobb Deep" (SR# 293-229);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: ____________________

By: ________________________________
Hon. William E. Smith
United States District Judge